IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK LEE | : |
| Plaintiff(s), | : |
| v. | : Case No. 1:06CV00151 |
| JESSE JUPITER, ET AL. | : |
| Defendants. | : |

**MOTION ON BEHALF OF MASSACHUSETTS GENERAL HOSPITAL AND
JESSE JUPITER, M.D., TO DISMISS COMPLAINT
<u>FOR LACK OF PERSONAL JURISDICTION</u>**

Massachusetts General Hospital ("MGH") and Jesse Jupiter, M.D. ("Dr. Jupiter"),[1] by and through undersigned counsel and pursuant to Fed. R. Civ. P. 12(b)(2), hereby file this Motion to Dismiss Complaint for Lack of Personal Jurisdiction ("Motion"). In further support of this Motion, the Defendants state as follows:

1. This matter is a medical malpractice litigation alleging negligent conduct by two doctors who conducted surgery on the Plaintiff's elbow several years ago.

2. The Plaintiff admits that all of his contacts with the Defendants in this litigation, including Plaintiff's elbow surgery, took place in Boston, Massachusetts.

3. Plaintiff fails to plead any basis for this Court to exercise personal jurisdiction over MGH. In fact, no such basis for general jurisdiction exists. MGH is not a domiciliary of the District of Columbia. *See* Declaration of Christopher Clark, attached

---

[1] This Motion will refer to MGH and Dr. Jupiter collectively as the "Defendants." Neither MGH nor Dr. Jupiter is authorized to accept service on behalf of the third defendant in this matter, Dr. Huddleston. To undersigned counsel's knowledge, Dr. Huddelston has not otherwise been served with process in this matter.

at Exhibit A, ¶¶ 5-6. MGH is not organized under the laws of the District of Columbia. *See id*, ¶ 4. MGH maintains its principle place of business in Boston, Massachusetts. *See id.* ¶ 5. In short, MGH has none of the jurisdictional contacts with the District of Columbia that is required as a condition precedent to this Court exercising general personal jurisdiction over it.

      4.     Plaintiff also fails to plead any basis for this Court to exercise personal jurisdiction over Dr. Jupiter. *See* Declaration of Jesse Jupiter, M.D., attached at Exhibit B. Indeed, no facts exist that would permit this Court to exercise general personal jurisdiction over Dr. Jupiter. Dr. Jupiter does not practice in the District of Columbia. *See id.*, ¶ 3. Dr. Jupiter does not advertise or otherwise solicit business in the District of Columbia. *See id.*, ¶ 4. He does not maintain any real estate or other professional link to the District of Columbia that would place him on reasonable notice that he could be subject to suit in this jurisdiction. *See id.*, ¶¶ 3-9. He is not a domiciliary of the District of Columbia. *See id.*, ¶ 8. Nor does Dr. Jupiter maintain his principle place of business in this jurisdiction. *See id.*

**WHEREFORE**, for the reasons stated in this Motion, as explained in greater detail in the declarations attached hereto and in the Memorandum of Points and Authorities in Support of this Motion, which are incorporated by reference into this Motion, Defendants respectfully request that the Court dismiss this matter against MGH and Dr. Jupiter and grant any other remedies that it deems just and proper.

Dated:  March 7, 2006                Respectfully submitted,

_____
Bruce D. Sokler, Esq., D.C. Bar No.(205278)
Fernando R. Laguarda, Esq., D.C. Bar No. (449273)
Noam B. Fischman, Esq., D.C. Bar No. (469397)
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
701 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20004
(202) 434-7300 Telephone
(202) 434-7400  Fax

**CERTIFICATE OF SERVICE**

On this the 7th day of March, 2006, I hereby certify that I caused a true and correct copy of the foregoing Motion to Dismiss for Lack of Personal Jurisdiction, including all attachments thereto, the Memorandum of Points and Authorities in Support of the Motion to Dismiss of Lack of Personal Jurisdiction, and the Proposed Order, to be served via first class mail, postage pre-paid, to the Plaintiff as follows:

Mr. Mark Lee
1011 L Street, N.W.
Washington D.C. 20001

_____
Noam B. Fischman

# TAB A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK LEE** : | |
| : | |
| Plaintiff(s), : | |
| : | Case No. 1:06CV00151 |
| v. : | |
| : | |
| **JESSE JUPITER, et al.** : | |
| : | |
| **Defendants.** : | |

## DECLARATION OF CHRISTOPHER CLARK

I, Christopher Clark, depose and state as follows:

1. I am Secretary to The General Hospital Corporation d/b/a Massachusetts General Hospital ("MGH"). I am of sound mind and competent to testify about the matters set forth in this declaration.

2. Plaintiff alleges in the Complaint that this matter relates to patient care provided by Jesse Jupiter, M.D. and James Huddleston, M.D. to the Plaintiff in 2003, including a surgical procedure conducted on Plaintiff's right elbow at MGH in Boston, Massachusetts.

3. Massachusetts General Hospital provides medical care to patients in patient care facilities located within Massachusetts.

4. Massachusetts General Hospital is organized under the laws of the Commonwealth of Massachusetts.

5. Massachusetts General Hospital maintains its principal place of business in Boston, Massachusetts.

6. Massachusetts General Hospital does not own or have any other interest in property located within the District of Columbia.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of March 2006.

_____
Christopher Clark, Secretary

TAB B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK LEE** <br> **1011 L ST. NW** <br> **Washington, D.C. 20001** <br><br> Plaintiff(s) <br><br> v. <br><br> **JESSE JUPITER, et al.** <br><br> Defendants. | Case No. 1:06CV00151 |

## DECLARATION OF JESSE JUPITER, M.D.

I, Jesse Jupiter, M.D. ("Dr. Jupiter"), depose and state as follows:

1. I am of sound mind and competent to testify about the matters set forth in this declaration.

2. This matter relates to patient care that I provided to Plaintiff in 2003, including a surgical procedure I conducted on Plaintiff's right elbow. The care and surgery took place at my office in Boston, Massachusetts and at Massachusetts General Hospital, located in Boston as well.

3. I do not practice medicine or any other profession in the District of Columbia.

4. I do not advertise or otherwise solicit business in the District of Columbia.

5. I do not maintain any office or real estate in the District of Columbia.

6. I do not transact business in the District of Columbia.

7. I do not engage in a persistent course of conduct in the District of Columbia. I do not derive substantial revenue from services rendered in the District of Columbia.

8. I do not live in the District of Columbia or maintain my principle place of business in the District of Columbia.

9. My only contact with the District of Columbia has been sporadic, past attendance at professional conferences in the District of Columbia. I estimate that I have traveled to the District of Columbia approximately once every ten years for this purpose.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  6  day of March 2006.

_____
Jesse Jupiter, M.D.

2