IN THE UNITED STATES DISTRICT COUR
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK LEE | : |
| Plaintiff(s) | : |
| | : Case No. 1:06CV00151 |
| v. | : |
| JESSE JUPITER, ET AL. | : |
| Defendants. | : |

### [PROPOSED] ORDER

For the reasons stated in the Motion on Behalf of Massachusetts General Hospital and Jesse Jupiter, M.D., to Dismiss this Matter for Lack of Personal Jurisdiction, filed pursuant to Fed. R. Civ. P. 12(b)(2), and upon this Court's finding that neither Massachusetts General Hospital nor Dr. Jupiter has sufficient contacts with the District of Columbia to permit suit against them in the District of Columbia based upon D.C. Code Ann.§ 13-422:

**IT IS HEREBY ORDERED** that the above-captioned matter shall be dismissed as to Massachusetts General Hospital and Dr. Jupiter.


Dated: _____            _____
                                    Judge Gladys Kessler