UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK LEE, | ) |
|     Plaintiff, | ) ) ) |
| v. | )    Civil Action No. 06-0151 (GK) |
| MASSACHUSETTS GENERAL HOSPITAL, et al., | ) ) ) ) |
|     Defendants. | ) |

## ORDER

Defendants have filed a motion to dismiss the complaint for lack of personal jurisdiction. Plaintiff is proceeding *pro se*. The Court will rule on Defendants' motion taking into consideration the facts proffered by Plaintiff in his complaint, along with his response or opposition to the motion, and the entire record of the case. If Plaintiff fails to respond to this motion, the Court may assume that the motion is conceded and may grant the motion and dismiss the case. *See Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988). Accordingly, it is

**ORDERED** that Plaintiff shall respond to the Defendants' motion to dismiss by **April 8, 2006**. If Plaintiff does not respond by that date, the Court may treat the motion as conceded and dismiss the case.

/s/
GLADYS KESSLER
United States District Judge

DATE: March 9, 2006